﻿Citation Nr: AXXXXXXXX
Decision Date: 04/30/21 Archive Date: 04/30/21

DOCKET NO. 190930-36270
DATE: April 30, 2021

ORDER

Entitlement to service connection for back disability is dismissed.

FINDING OF FACT

The benefit on appeal was previously granted in a September 2020 rating decision.

CONCLUSION OF LAW

The criteria for dismissal of the claim to entitlement to service connection for back disability have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active service from May 1989 to August 1999.

Regarding the Veteran’s claim to service connection for the claim to service connection for a back disability, the RO granted service connection in a September 2020 rating decision. As the full benefit sought on appeal was granted, further appellate review is mood. See AB v. Brown, 6 Vet. App. 35, 38 (1993). 

The Board acknowledges the Veteran’s communication of January 2021 in which it appears the Veteran is either sill seeking additional compensation for his back disability or did not receive a copy of the rating decision that granted his claim. However, assigning separate disability ratings would constitute pyramiding because it would compensate the Veteran multiple times for the same spine symptomatology or impairment. 38 C.F.R. § 4.14; Esteban v. Brown, 6 Vet. App. 259, 261. In his September 2019 Form 10182, the Veteran argued that his back disability should be granted on either a direct basis or secondary basis. In September 2020, his back disability was granted on a secondary basis.

Accordingly, in the absence of any justiciable question, the Board does not have jurisdiction over the appeal, and the appeal is dismissed.

 

 

John J. Crowley

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board A. Snoparsky

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.